IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § § | |
| *Plaintiff* | § § | |
| v. | § § | CASE NO. 7-18-CV-303 |
| 26.000 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND THE PHARR ORATORY OF ST. PHILIP NERI OF PONTIFICAL RITE, A TEXAS NON PROFIT CORPORATION, | § § § § § § § | |
| *Defendants* | § | |

## DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES DEFENDANT **THE PHARR ORATORY OF ST. PHILIP NERI OF PONTIFICAL RITE,** a Texas non-profit corporation (hereinafter at times referred to as "Defendant") and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. The Pharr Oratory of St. Philip Neri of Pontifical Rite
   11317 South Jackson Road
   Pharr, Texas 78577
   (This is a Texas non profit corporation incorporated on January 6, 1978. Its Texas charter number is 42399001.)

The directors of the non-profit corporation are Catholic priests. Their names and addresses are listed here:

1. Father Leo Francis Daniels
   P.O. Box 1698
   Pharr, Texas 78577

2. Father Jose E. Losoya
   P.O. Box 1698
   Pharr, Texas 78577

3. Father Jose J. Ortiz
   P.O. Box 1698
   Pharr, Texas 78577

        Respectfully submitted,
        **THE PHARR ORATORY OF ST. PHILIP NERI OF PONTIFICAL RITE, a Texas non-profit corporation, Defendant**

By:    */s/ David C. Garza*
        **David C. Garza (Attorney in charge)**
        Texas State Bar No. 07731400
        Southern District of Texas ID No. 3778
        dgarza@garzaandgarza.com
        GARZA & GARZA, L.L.P.
        680 East St. Charles, Suite 300
        P.O. Box 2025
        Brownsville, Texas  78522-2025
        Telephone: (956) 541-4914
        Fax: (956) 542-7403
        **ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2018, I electronically filed the foregoing original answer by Defendant with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record and that I emailed a copy to the following:

**John A. Smith III**
Assistant United States Attorney
Southern District of Texas No. 8638
Texas Bar No. 18627450
One Shoreline Plaza
North Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Tel.: (361) 888-3111
Fax: (361) 888-3234
Email: jsmith112@usdoj.gov

**Megan Eyes**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
1701 W. Bus. Hwy. 83, Suite 600
McAllen, Texas 78526
Tel.: (956) 548-2554
Fax: (956)h 548-2776
Email: megan.eyes@usdoj.gov

                                        /s/ ***David C. Garza***
                                          David C. Garza