IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| *Plaintiff,* | § | |
| v. | § § | CASE NO.   7:18-cv-303 |
| 26.000 ACRES OF LAND, MORE OR LESS SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND THE PHARR ORATORY OF ST. PHILIP NERI OF PONTIFICAL RITE, A TEXAS NON PROFIT CORPORATION, | § § § § § § § | |
| *Defendants.* | § § | |

**PLAINTIFF UNITED STATES OF AMERICA'S DISCLOSURE
OF INTERESTED PARTIES**

NOW COMES, United States of America, by and through Ryan K. Patrick, United States Attorney, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. The Pharr Oratory of St. Philip Neri of Pontifical Rite, a Texas Non Profit Corporation, c/o Attorney David C. Garza, identified as an interested party in Schedule G of the Complaint;

2. United States of America, Plaintiff.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By: *s/ John A. Smith, III*
**JOHN A. SMITH, III**
Assistant United States Attorney
Southern District of Texas No. 8638
Texas Bar No. 18627450
One Shoreline Plaza
North Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 888-3111
Facsimile: (361) 888-3234
E-mail: jsmith112@usdoj.gov
Attorney in Charge for Plaintiff

and

**MEGAN EYES**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78526
Telephone: (956) 548-2554
Facsimile: (956) 548-2776
E-mail: Megan.Eyes@usdoj.gov
Attorney for Plaintiff

and

**JESSICA A. NATHAN**
Assistant United States Attorney
Southern District of Texas No. 3313572
Texas Bar No. 24090291
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78526
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Jessica.Nathan@usdoj.gov
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

  I, John A. Smith, III, Assistant United States Attorney, hereby certify that on November 21, 2018, I served the foregoing using the Court's ECF notification system on all parties receiving ECF notice in this case.

            By: *s/ John A. Smith, III*
                **JOHN A. SMITH, III**
                Assistant United States Attorney