United States District Court
Southern District of Texas
**ENTERED**
November 26, 2018
David J. Bradley, Clerk

He wrUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-303 |
| | § | |
| 26.000 ACRES OF LAND, MORE OR LESS, *et al*, | § § | |
| | § | |
| Defendants. | § § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ABBREVIATE THE JOINT CASE MANAGEMENT PLAN

Now before the Court is Plaintiff's Unopposed Motion to Abbreviate the Joint Case Management Plan. (Dkt. No. 14). Plaintiff filed this action to condemn a temporary access easement (Right of Entry) for the construction of the border fence. *Id.* Pursuant to Federal Rules of Civil Procedure 29(b) and 16(b)(3), Plaintiff requests leave to abbreviate the case management plan in the interest of judicial efficiency. The Court hereby **ORDERS** that Plaintiff's Unopposed Motion to Abbreviate the Joint Case Management Plan (Dkt. No. 14) is **GRANTED**. The parties may proceed according to the Joint Case Management Plan attached to the Motion as Exhibit 1.

SO ORDERED this 26th day of November, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge