United States District Court
Southern District of Texas
**ENTERED**
December 04, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-303 |
| | § | |
| 26.000 ACRES OF LAND, MORE OR LESS, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

**NOTICE OF RESCHEDULING OF INITIAL PRETRIAL CONFERENCE**

The Initial Pretrial Conference (previously set for December 5, 2018) is hereby reset for December 12, 2018, at 1:30 p.m. before the Honorable Randy Crane, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

SO ORDERED this 4th day of December, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge