United States District Court
Southern District of Texas
**ENTERED**
December 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA, §
§
VS. § CIVIL ACTION NO. 7:18-CV-303
§
26.000 ACRES OF LAND, MORE OR §
LESS, *et al*, §
§
Defendants. §

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE LATE REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION

Now before the Court is Plaintiff's Opposed Motion for Leave to File a Late Reply to Defendant's Response to Plaintiff's Opposed Motion for Immediate Possession. (Dkt. No. 18). The Court finds that Defendant will not be prejudiced by Plaintiff's late filing and hereby **ORDERS** that Plaintiff's Motion for Leave is **GRANTED**. The Clerk of the Court is ordered to docket the Proposed Late Reply attached to Plaintiff's Motion as filed on the date of this Order.

SO ORDERED this 12th day of December, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge