Case 7:18-cv-00303 Document 22 Filed in TXSD on 12/21/18 Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
December 21, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:18-CV-303 |
| 26.000 ACRES OF LAND, MORE OR LESS, *et al*, | § § § § | |
| Defendants. | § | |

### AGREED ORDER ON PLAINTIFF'S OPPOSED MOTION FOR IMMEDIATE POSSESSION

After considering Plaintiff's Opposed Motion for Immediate Possession, the response, and after a hearing, the Court hereby

1. GRANTS the United States motion; that its officers, employees, agents, and contractors shall have the right to enter upon the Property for the purpose of conducting environmental assessments and property surveys, including the right to temporarily store, move and remove necessary equipment and supplies; survey, stake out, appraise, bore and take soil and/or water samples, and perform any other such work which may be necessary and incidental designed to help secure the United States/Mexico border within the State of Texas for a period of twelve (12) months. The easement acquired by the United States will begin immediately and will end on December 12, 2019. Additionally, the United States is granted the right to trim or remove any vegetative or structural obstacles (such as posts, etc, but not building structures) on the property that interfere with the aforementioned purpose and work.

The Court further ORDERS:

2. The United States will give Defendant seventy-two (72) hours notice by e-mail, to David Garza, attorney for the Pharr Oratory, at dgarza@garzaandgarza.com, prior to entry upon the land. The Defendant will have forty-eight (48) hours to notify the Government that entry upon the land as noticed by the Government is not possible due to a conflicting event to be held on the Property. If the Defendant invokes this right of conflict on two occasions, the Government may then enter the property with seventy-two (72) hours notice, but defendant will not be entitled to object or prevent entry.

3. Separately, the government agrees that it will not enter the land at the following days: Saturday, Sunday, or Christmas, April 18, 2019 and April 19, 2019.

4. All tools, equipment, and other property taken upon or placed upon the land by the Government shall remain the property of the Government. No tools, equipment, or other property will be stored upon the land by the government, except when in actual or imminent use. All property will be removed after the survey and assessment easement work is completed within one week.

SO ORDERED this 21st day of December, 2018, at McAllen, Texas.

                                          */s/ Randy Crane*
                                          Randy Crane
                                          United States District Judge

APPROVED & ENTRY REQUESTED:

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:    *s/ John A. Smith, III*
**JOHN A. SMITH, III**
Assistant United States Attorney
Southern District of Texas No. 8638
Texas Bar No. 18627450
One Shoreline Plaza

North Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 888-3111
Facsimile: (361) 888-3234
E-mail: jsmith112@usdoj.gov
Attorney in Charge for Plaintiff

*/s/ David C. Garza*
**DAVID C. GARZA (Attorney in charge)**
Texas State Bar No. 07731400
Southern District of Texas ID No. 3778 dgarza@garzaandgarza.com
GARZA & GARZA, L.L.P.
680 East St. Charles, Suite 300
P.O. Box 2025
Brownsville, Texas 78522-2025
Telephone: (956) 541-4914
Fax: (956) 542-7403
Attorney for Defendant
**The Pharr Oratory of St. Philip Neri of Pontifical Rite**

