# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

United States of America

v.  Case Number: 7:18−cv−00303

26.000 Acres of Land, More or Less, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Randy Crane

**PLACE:**
Courtroom 906
United States District Court
1701 W. Bus. Hwy. 83
McAllen, TX

**DATE:** 3/6/2019

**TIME:** 10:15 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   March 5, 2019

David J. Bradley, Clerk